

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of A.D.C. and     * From the 318th District Court
E.N.C., children,                  of Midland County
                                  Trial Court No. FM 50087

No. 11-17-00190-CV           * March 29, 2019

                              * Memorandum Opinion by Bailey, C.J.
                               (Panel consists of: Bailey, C.J.,
                               Stretcher, J., and Wright, S.C.J., sitting
                               by assignment)
                               (Willson, J., not participating)

      This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Jerry Clark, Jr.